**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| T.L.P., JR., | : | No. 30 MAP 2021 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 591 |
| | : | MD 2019 dated March 16, 2021. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**                                    **DECIDED:  December 22, 2021**

      **AND NOW,** this 22nd day of December, 2021, the order of Commonwealth Court is **AFFIRMED**.